UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RAFAEL SANTOS,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

88 CR. 642 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Rafael Santos' motion seeking leave to amend a petition for postconviction relief under 28 U.S.C. § 2255 pursuant to new Supreme Court caselaw. (See dkt. no. 232.) The Government may file a response to that request by no later than February 24, 2020.

    **SO ORDERED.**

Dated:    New York, New York
           January 24, 2020

                            /s/ Loretta A. Preska
                            LORETTA A. PRESKA
                            Senior United States District Judge

1