UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>RAFAEL SANTOS,<br><br>               Defendant. | No. 88 Cr. 642 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Rafael Santos' pro se motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A). (See dkt. no. 247.) The Government shall file any opposition to Mr. Santos' request for compassionate release within 30 days of the date hereof. Mr. Santos may file a reply no later than 14 days after the service of the Government's opposition.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Santos.

**SO ORDERED.**

Dated:    New York, New York
           September 4, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge