UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAFAEL SANTOS,

    Defendant.

88 CR 642 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    On January 17, 2020, Mr. Santos moved to amend his petition pursuant to 22 U.S.C. § 2255. (Dkt. no. 232.) Because it was a successive petition, the Court transferred the request to the Court of Appeals. (Dkt. no. 246.) The Court of Appeals denied the motion. (Dkt. no. 254.) Accordingly, the motion reflected at docket number 232 should be terminated.

    On October 26, 2020, Mr. Santos made a motion to amend his petition. (Dkt. no. 253.) Because he filed his amended motion (dkt. no. 259), the motion to amend is moot. Accordingly, the motion reflected at docket number 253 should be terminated.

    On December 6, 2021, Mr. Santos made a counseled motion for reconsideration of the Court's prior denial (dkt. no. 261) of his motion for compassionate release. The motion was granted (dkt. no. 272), but the Court adhered to its prior denial of the motion.

Accordingly, the motion reflected at docket number 271 should be terminated.

**SO ORDERED.**

Dated:   New York, New York
         December 12, 2022

_____
LORETTA A. PRESKA
Senior United States District Judge