UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RAFAEL SANTOS,<br><br>Defendant. | 88 CR 642 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Mr. Santos' motion for compassionate release pursuant to 18 U.S.C. § 3582. (Dkt. no. 284.) This is the most recent in his many attempts to alter the life sentence imposed by Judge Robert J. Ward in 1989. The Court has considered Mr. Santos' motion and reiterates the findings it made in Mr. Santos' counseled motion for reconsideration. (Dkt. No. 271.) In summary, even assuming that Mr. Santos has presented extraordinary and compelling circumstances warranting release, consideration of the Section 3553(a) factors counsels against release. (See dkt. no. 272 at 2-7.)

1

Accordingly, Mr. Santos' motion for compassionate release (dkt. no. 284) is denied.  The Clerk of the Court shall mail a copy of this order to Mr. Santos.

**SO ORDERED.**

Dated:   New York, New York
         December 12, 2022

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge