UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

RAFAEL SANTOS,

               Defendants.

88-CR-642 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's motion for compassionate release, (dkt. no. 315). The Government shall respond by August 15, 2025. Defendant shall reply by September 15, 2025, if he wishes to do so.

**SO ORDERED.**

Dated:   New York, New York
          July 17, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge