UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>-against-<br><br>RAFAEL SANTOS,<br><br>                        Defendant. | 88-CR-642(LAP)<br><br><br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the attached letter from Ms. Gloria Tavarez, who identifies herself as Mr. Santos' niece. Although the Court cannot meet privately with Ms. Tavarez, Mr. Santos' family members are welcome to submit letters in support of Mr. Santos' pending motion for compassionate release. Any letters should be sent first to Mr. Santos, who should then file the letters with the Court through the pro se intake unit.

The Court also understands that Mr. Santos believes that one or more of his mailed submissions have not been docketed. Mr. Santos is reminded that he must mail his submissions to the pro se intake unit, not the Clerk of Court. The Court has provided the pro se intake unit's address below:

> Pro Se Intake Unit
> 500 Pearl Street, Room 205
> New York, NY 10007

1

Mr. Santos shall have until **July 30, 2026** to mail any letters or other submissions that Mr. Santos wishes the Court to consider in ruling on the motion (including any prior submissions that Mr. Santos asserts were not docketed) to the pro se intake unit.

The Clerk of Court shall mail a copy of this Order and the current docket report to Mr. Santos.

**SO ORDERED.**

Dated:    New York, New York
          June 11, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

2

6/10/2020

Dear Judge Loretta Presha

My name is Gloria Tavarez and I am
the niece of Rafael Santos (Case 88 CR642).
I would like to have a metting with you.
As I am representing the entire family
we would Love to take our family member
home. I know this case is a strong case
but we are willing to take full responsibility
for my Uncle who is a sick man.
Please and if is possible a meeting with you
to discuss and talk about the case.


Please contact me
Tel. 347 785-4914
email. Tavarez0118@ gmail.com

Please and thank you

Gloria Tavarez